**No. 11-5271. Mark A. Gleason, Petitioner v. California.**

565 U.S. 898, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5524,

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 11-5272. Jason Adam Ingrim, Petitioner v. Larry Denney, Warden.**

565 U.S. 898, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5653.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5273. Wayne M. Fournerat, Petitioner v. Wisconsin Law Review, et al.**

565 U.S. 898, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5472.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 420 Fed. Appx. 816.

**No. 11-5274. Verlaine Joren, Petitioner v. Janet Napolitano, Secretary of Homeland Security.**

565 U.S. 898, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5694.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 633 F.3d 1144.

**No. 11-5275. Betty J. Murray, Petitioner v. Don Ingram.**

565 U.S. 899, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5542.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5276. David C. Spence, Petitioner v. United States.**

565 U.S. 899, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5537.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 447 Fed. Appx. 435.

**No. 11-5277. Bonnie Savoy, Petitioner v. Heidi Washington, Warden.**

565 U.S. 899, 132 S. Ct. 291, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5673.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.